| Robert Lowney<br>DCAD Chief | **CENTRAL VIOLATIONS BUREAU**<br>**P.O. Box 780549**<br>**San Antonio, TX 78278** | Ted C. Willmann<br>Branch Chief<br><br>(800) 827-2982<br>FAX: (210) 301-6401 |
|---|---|---|

07/11/2017

The law enforcement agency submitted the following request to void a violation notice to the Central Violations Bureau. The request is being forwarded to your court for further action. If you have any questions, please contact the Central Violations Bureau at (800) 827-2982 or cvb@cvb.uscourts.gov.

**District:** NEBRASKA

**Location Code:** NE14    **Citation Number:** 6483945

**Hearing Site:** OMAH    The location where the citation is scheduled.
**Ticket/Docket Date:** 07/25/2017    The date the citation is scheduled for court.

**Remarks:** Agency request for void of citation(s). Defendant does have a valid (Nebraska) handicap permit. It wasnt displayed as she was in a hurry that morning.

**Refund Requested:** N

_____ Refund Approved    DEPUTY CHIEF OF POLICE, GINO A RODEGHIER    07/10/2017
✓ Dismissal Approved    SYSTEM GENERATED    Date

_____ Further action to be taken by CVB or Agency, please specify: _____

Ordered this \_\_11\_\_ Day of \_\_July_____ 20\_17    *Susan M Bazis*    67BG
U.S. Magistrate Judge    Magistrate Code